## Thompson v. Goetter, Weil & Co.

APPEAL from Monroe Chancery Court.

Heard before the Hon. W. H. TAYLOE.

A. A. WILEY and D. L. NEVILLE, for appellant,

FARNHAM & CRUM, AND TOMPKINS & TROY, *contra.*

The bill in this case was filed by the appellees, Goetter, Weil & Company, against the appellants, Jesse H. Thompson and others, for the purpose of subjecting to the payment of a debt due from Wiggins & Son, who are defendants, to the claimants, certain property alleged to have been fraudulently conveyed by the debtor to Thompson and Yarbrough, and other parties defendant. The chancellor granted the relief prayed for, on the theory that the transaction between Wiggins & Son, the debtors, and Thompson & Yarbrough was infected with an actual intent on the part of the debtors to defraud the complainants, and that Thompson & Yarbrough had notice of this intent. Reversed and bill dismissed.

Opinion by McCLELLAN, J.